# STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **MAY 10**, 20 **25** while exercising my duties as a law enforcement officer in the _____ District of **ALASKA**

— SEE ATTACHED —

The foregoing statement is based upon:

☒ my personal observation ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **05/18/2025** _P. [signature]_
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ _____
Date (mm/dd/yyyy) U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident; **PASS** = 9 or more passenger vehicle;
**CDL** = Commercial drivers license; **CMV** = Commercial vehicle involved in incident

CVB SCAN 06/10/2025 13:58